AO 91 (Rev. 11/11)  Criminal Complaint

DOA
5/14/2024

# UNITED STATES DISTRICT COURT
for the District of Arizona

| | |
|---|---|
| United States of America<br>v.<br><br>1.Jonathan DE LA RIVA-Lorenzo, and<br>2.Fernando MINKES-Rodriguez,<br>_____Defendant(s)_____ | Case No. 24-5163mJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### COUNT 1

Beginning on an unknown date through May 14, 2024, in Phoenix, in the District of Arizona, the defendants Jonathan DE LA RIVA-Lorenzo and Fernando MINKES-Rodriguez, aiding and abetting each other, did knowingly and without lawful authority produce several false identification documents, to wit: social security cards and lawful permanent resident cards, where the false identification documents was or appears to have been issued by or under the authority of the United States in violation of Title 18, United States Code, Sections 1028(a)(1) and 2.

### COUNT 2

Beginning on an unknown date through May 14, 2024, in Phoenix, in the District of Arizona, the defendants Jonathan DE LA RIVA-Lorenzo and Fernando MINKES-Rodriguez, aiding and abetting each other, did knowingly possess several false identification documents, to wit: social security cards and lawful permanent resident cards, with the intent such documents or features be used to defraud the United States, in violation of Title 18, United States Code Sections 1028(a)(4) and 2.

This criminal complaint is based on these facts:
See attached Statement of Probable Cause, incorporated by reference herein.

☒ Continued on the attached sheet.

JUSTIN A COWAN  Digitally signed by JUSTIN A COWAN
Date: 2024.05.15 14:58:08 -07'00'

*Complainant's signature*

Reviewed by and assigned to SAUSA Sydney Yew
and AUSA Michael Shaw    Sy

Justin Cowan, HSI Special Agent
*Printed name and title*

Sworn to before me and subscribed telephonically.
Date: May 15, 2024 @ 4:07 p.m.

City and state: Phoenix, Arizona      Honorable Deborah M. Fine, U.S. Magistrate Judge
*Judge's signature*

*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Justin Cowan, a Special Agent of Homeland Security Investigations, being duly sworn, does depose and state the following:

### I. INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with Homeland Security Investigations (HSI), assigned to the Cyber unit in Scottsdale, Arizona. I occasionally work on cases in the Identity and Document Benefit Fraud unit at HSI. I have been a Special Agent with HSI since June 6, 2021. I was trained at the HSI academy, where I received training in detecting and investigating fraudulent documentation. I previously worked as a Deportation Officer for Immigration and Customs Enforcement, as well as a Border Patrol Agent for the United States Border Patrol. I served on multiple interagency task forces and temporary duty assignments including the United States Marshall's Office, the Drug Enforcement Administration and the United States Attorney's Office. In my role as a Deportation Officer and Border Patrol Agent, I encountered numerous instances of undocumented noncitizens with fraudulent documents in their possession.

2. The statements contained in this Affidavit are based on information derived from my personal knowledge, training and experience; information obtained from the knowledge and observations of other sworn law enforcement officers, either directly or indirectly through their reports or affidavits; surveillance conducted by law enforcement officers; information provided by a confidential source; analysis of public records; analysis of telephone records; and analysis of financial records. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for a complaint, I have not included each and every fact or source of information establishing the violation of federal law.

### II. BASIS FOR PROBABLE CAUSE

3. On February 13, 2023, HSI received a complaint of identity theft from a United States Citizen (USC) living in Phoenix, Arizona. HSI discovered during the investigation that an individual named "Marco" was utilizing the USC's identity. On

November 7, 2023, HSI arrested "Marco" after he obtained fraudulent identity documents, including a Social Security Administration (SSA) card and a United States Lawful Permanent Resident (LPR) card. During a post-*Miranda* interview, "Marco" admitted to purchasing the fraudulent documents from a supplier who used the phone number (602) 582-5690 via WhatsApp chat. "Marco" stated that the supplier, a Mexican male, required "Marco" to text the supplier at (602) 582-5690 a photo of his face and biographical information to (602) 582-5690 through WhatsApp. After providing that information, "Marco" stated that the documents were produced and ready for him to pick up within one to two hours.

### INVESTIGATION OF PHONE NUMBER (602) 582-5690

4. Records checks from multiple law enforcement databases revealed that since May 25, 2023, the user of (602) 582-5690 is Jonathan De La Riva-Lorenzo (DE LA RIVA). Records also demonstrated that DE LA RIVA provided the phone number (602) 582-5690 during law enforcement encounters in July 2013, September 2018, and April 2023.

### ATTEMPTED PURCHASES OF FRAUDULENT DOCUMENTS FROM DE LA RIVA

5. On or about November 15, 2023, an HSI confidential informant (CI) contacted DE LA RIVA via (602) 582-5690 via WhatsApp to inquire about procuring fraudulent identity documents. DE LA RIVA responded to the CI via text message that he could provide the CI with a fraudulent driver's license, state identification card and social security card for $130.00 per document. After negotiations, DE LA RIVA agreed to sell the documents for $120.00 per document. DE LA RIVA stated via text message that it would take him approximately two hours to have the documents produced. DE LA RIVA said that the CI needed to provide biographical information to be used on the fraudulent cards alongside with a photograph of the CI against a white background. HSI later cancelled the purchase due to internal operational issues, so no purchase of fraudulent documents were completed.

6. On or about December 7, 2023, the CI contacted DE LA RIVA on (602) 582-

5690 via text message, inquiring about the previously discussed negotiations for fraudulent documents. The CI stated that they were looking to procure the previously discussed fraudulent documents, as well as three additional fraudulent documents for a second individual (a second CI). DE LA RIVA stated via text message that he would provide a discounted price of $480.00 for all six documents.

## SURVEILLANCE OF DE LA RIVA

7. HSI agents conducted more than 100 hours of surveillance between November 2023 and April 2024 on residences and vehicles connected to DE LA RIVA. As a result, HSI agents discovered that DE LA RIVA was associated with three residences:

   a. 2022 N 36th Street, Apt. D4, Phoenix, Arizona (hereinafter the "Subject Premises A-1");

   b. 1718 E Pecan Rd., Phoenix, Arizona (hereinafter the "Subject Premises A-2"), and

   c. 1841 E Virginia Avenue, Apt. 3, Phoenix Arizona (hereinafter the "Subject Premises A-3").

8. Information obtained also revealed that Fernando Minkes-Rodriguez (MINKES) lived at Subject Premises A-1 with his believed-to-be common-law wife.

9. On March 29, 2024, at 9:21 a.m., DE LA RIVA traveled from Subject Premises A-3 to Subject Premises A-1. In the tenant parking lot of Subject Premises A-1, DE LA RIVA met with MINKES, the tenant of Subject Premises A-1. DE LA RIVA was located at the Subject Premises A-1 for approximately 3 hours.

10. On March 30, 2024, your Affiant reviewed recorded footage of electronic surveillance from a pole camera located at Subject Premises A-1. The recording shows that at 11:19 a.m., MINKES walked out of the area of Apartment D4 carrying a black plastic garbage bag (appearing to be half full). MINKES carried the plastic garbage bag towards the dumpsters. MINKES was then observed walking back towards the area of Subject Premises A-1 without the black plastic garbage bag. HSI agents pulled the half full black garbage bag from the dumpster, which was the only bag in the dumpster. HSI

agents discovered the following inside the garbage bag:

    a. a melted plastic bucket full of burned paper and plastic documents that appeared to be SSA cards;

    b. several plastic state identification cards; and

    c. a Fargo Smartload DTC1000 Color Ribbon Cartridge (YMCKO 4500). The YMCKO 4500 is capable of printing up to 250 identification cards.

    11. On April 4, 2024, at 7:39 a.m., DE LA RIVA arrived at Subject Premises A-1. At 8:41 a.m., DE LA RIVA left Subject Premises A-1. At 10:34 a.m., after leaving earlier MINKES and his wife arrived back to Subject Premises A-1 with several bags from the trunk. At 11:44 a.m., recorded footage from an electronic surveillance device installed outside Subject Premises A-1 showed MINKES's wife walk out of the area near Subject Premises A-1 carrying a half-full black plastic garbage bag with green drawstrings to the area of the dumpster. She was seen walking back from the dumpster without the garbage bag. On April 5, 2024, at 12:50 a.m., your Affiant retrieved the abandoned half-full black plastic garbage bag with green drawstrings and secured it. Inside the bag contained the following:

    a. wrapping of an Amazon package addressed to DE LA RIVA;

    b. a fraudulent Mexican voter identification card bearing the name "Diego Vasquez-Contreras";

    c. several pieces of Social Security Administration (SSA) cards;

    d. various papers that appear to be used to produce SSA cards; and

    e. a Fargo Smartload DTC1000 Color ribbon cartridge.

    12. On April 18, 2024, at 11:16 a.m., MINKES walked out of the area of Apartment D4 and carried a black plastic garbage bag with green drawstrings towards the dumpsters at Subject Premises A-1. He walked towards Subject Premises A-1 without the garbage bag. HSI agents retrieved the black plastic garbage bag with green drawstrings and discovered the following:

  a. a completed LPR card bearing the name "Arturo Moriyo Mendoza";

  b. Fargo DTC1000 Color Ribbon ink cartridge box;

  c. a completed Texas Driver's License with a female photograph bearing the name of "Bryant Richard Wayne";

  d. a partial LPR card;

  e. several hotel keys; and

  f. scratch paper containing what appear to be dates and numbers.

13. On May 6, 2024, at 8:30 a.m., MINKES walked out of the area near Subject Premises A-1 and carrying a black plastic garbage bag with green drawstrings towards the dumpsters at Subject Premises A-1. He then walked towards Subject Premises A-1 without the garbage bag. Your Affiant retrieved the abandoned black plastic garbage bag with green drawstrings and discovered the following:

  a. a LPR card bearing the name of "Maydheli Duillen Morales";

  b. SSA card bearing the same name;

  c. two Arizona identification cards bearing the names "Juan Francisco Gonzalez" and "Gabriela Martinez."

## SEARCH WARRANTS EXECUTED AT THREE LOCATIONS LINKED TO DE LA RIVA AND MINKES

14. On May 10, 2024, United States Magistrate Judge John Boyle approved a search warrant on the three subject premises and three subject vehicles. On May 14, 2024, HSI agents executed the search warrant on all subject premises and subject vehicles.

15. At Subject Premise A-1, HSI agents recovered multiple forged identity documents in the form of SSA cards and State of Arizona driver's licenses. HSI agents also recovered a new, unopened, computer printer, yet no computer was found. HSI agents also found multiple cell phones, including MINKES's phone. During a search of MINKES's cell phone, your Affiant observed a message on the WhatsApp chat application where the sender was looking to obtain a SSA card from MINKES.

16. At Subject Premise A-2, HSI Agents found fraudulent identification documents that were packaged in an envelope as if prepared for delivery to a customer. HSI Agents also recovered packages from Amazon, which were found to contain "Fargo" brand color ribbon ink cartridges (known to be used for printing up to 250 identification cards) and multiple computer printers.

17. At Subject Premise A-3, HSI Agents found multiple laptops, multiple industrial printers, a "Fargo ID Card and Badge printer," ink cartridges, laminate, a fraudulent Arizona driver's license, a SSA card and a shredder which contained evidence of shredded identity documents.

18. Based on your affiant's training and experience, and information known to you Affiant through the investigation thus far, the items found at the locations searched were consistent with fraudulent document production.

**DEFENDANT DE LA RIVA'S STATEMENTS**

19. On May 14, 2024, at approximately 0825 hours, HSI agent Jose Mendoza read DE LA RIVA his *Miranda* rights. DE LA RIVA stated that he was willing to waive his *Miranda* rights and speak to agents without a lawyer present. DE LA RIVA signed his Form 73-025 (Spanish Miranda) agreeing to waive his rights to an attorney.

20. During the interview, DE LA RIVA admitted that he produced and sold identity documents. He further admitted that on past occasions, he has made ten or fifteen documents per day and that he would sell "green cards" and SSA cards for $120.00. DE LA RIVA viewed his activities as "helping a brother as opposed to selling drugs."

**DEFENDANT MINKES'S STATEMENTS**

21. On May 14, 2024, at approximately 1030 hours, HSI agent Justin Cowan read MINKES his *Miranda* rights. MINKES stated that he was willing to waive his *Miranda* rights and speak to agents without a lawyer present. MINKES signed his Form 73-025 (Spanish Miranda) agreeing to waive his rights to an attorney.

22. During interview, MINKES stated he rented a room within his apartment for DE LA RIVA to use. MINKES further stated that he had awareness of DE LA RIVA's

activities pertaining to production of forged identity documents. MINKES also stated that he would remove trash from the apartment, which he knew contained evidence of forged document production.

## CONCLUSION

23. Based on the facts and circumstances stated in this Affidavit, I submit there is probable cause to believe that the defendants Jonathan De La Riva-Lorenzo and Fernando Minkes-Rodriguez, aiding and abetting each other, knowingly and without lawful authority produced several false identification documents, to wit: social security cards and lawful permanent resident cards, where the false identification documents was or appears to have been issued by or under the authority of the United States, in violation of Title 18, United States Code, Sections 1028(a)(1) and 2.

24. Additionally, based on the facts and circumstances stated in this Affidavit, I submit there is probable cause to believe that the defendants Jonathan De La Riva-Lorenzo and Fernando Minkes-Rodriguez, aiding and abetting each other, knowingly possessed several false identification documents, to wit: social security cards and lawful permanent resident cards, with the intent such documents or features be used to defraud the United States, in violation of Title 18, United States Code Sections 1028(a)(4) and 2.

JUSTIN A COWAN
Digitally signed by JUSTIN A COWAN
Date: 2024.05.15 15:00:09 -07'00'

Justin Cowan
Special Agent
Homeland Security Investigations

Sworn to before me and subscribed telephonically on the 15 day of May, 2024. 4:07pm

HONORABLE DEBORAH M. FINE
United States Magistrate Judge